| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Slomsky, Joel H. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>04/4/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>601 Market Street<br>Philadelphia, Pennsylvania 19106 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Joel Harvey Slomsky Individual Retirement Account (IRAs), control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Assn. | 3/25-26/2011 | New York, New York | Annual Event to Honor Federal Judges | Hotel, Food, Transportation, Seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | B | Interest | K | T | | | | | |
| 2.  --General Electric Capital (Bond) | | | | | Buy | 11/26/11 | K | | |
| 3.  --JP Morgan Chase (Bond) | | | | | Buy | 11/26/11 | K | | |
| 4.  --Federated Prime Mgmt. Obligations Fund | | | | | Open | 6/10/11 | J | | |
| 5.  --Fidelity Money Market Account | | | | | Closed | 6/10/11 | J | A | |
| 6.  IRA #2 | F | Int./Div. | P1 | T | | | | | |
| 7.  --Legacy Texas Bank (CD) | | | | | Matured | 2/14/11 | K | A | |
| 8.  --Bank of the Commonwealth of Virginia (CD) | | | | | Matured | 2/14/11 | K | A | |
| 9.  --Georgia Bank and Trust Co. (CD) | | | | | Matured | 2/18/11 | K | A | |
| 10.  --Bank Union (CD) | | | | | Matured | 3/11/11 | L | A | |
| 11.  --Cit Bank (CD) | | | | | Matured | 3/4/11 | L | B | |
| 12.  --Mid Carolina Bank (CD) | | | | | Matured | 3/14/11 | K | A | |
| 13.  --Macon Bank (CD) | | | | | Matured | 3/18/11 | K | A | |
| 14.  --DMB Community Bank (CD) | | | | | | | | | |
| 15.  --DMB Community Bank (CD) | | | | | | | | | |
| 16.  --First Jackson Bank (CD) | | | | | Matured | 3/18/11 | K | A | |
| 17.  --First Commericial Bank (Jackson, MS) (CD) | | | | | Matured | 3/21/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --American Bank CD) | | | | | | | | | |
| 19.  --Commerce Bank (CD) | | | | | Matured | 11/18/11 | L | C | |
| 20.  --Crescent Bank (CD) | | | | | Matured | 3/29/11 | L | A | |
| 21.  --Sallie Mae Bank (CD) | | | | | | | | | |
| 22.  --Great Southern Bank (CD) | | | | | | | | | |
| 23.  --Pacific Continental Bank (CD) | | | | | Matured | 6/16/11 | J | A | |
| 24.  --General Electric Capital (Bond) | | | | | | | | | |
| 25.  --General Electric Capital (Bond) | | | | | | | | | |
| 26.  --Goldman Sachs Group Inc. (Bond) | | | | | | | | | |
| 27.  --Goldman Sachs Group Inc. (Bond) | | | | | Buy | 1/26/11 | K | | |
| 28.  --Goldman Sachs Group Inc. (Bond) | | | | | Buy | 4/12/11 | K | | |
| 29.  --Genworth Financial Inc. (Bond) | | | | | | | | | |
| 30.  --Genwoth Financial Inc. (Bond) | | | | | Buy | 1/26/11 | K | | |
| 31.  --Citigroup Inc. (Bond) | | | | | | | | | |
| 32.  --Citigroup Inc. (Bond) | | | | | | | | | |
| 33.  --Citigroup Inc. (Bond) | | | | | Buy | 4/12/11 | K | | |
| 34.  --Prudential Financial Inc. (Bond) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American International Group (Bond) | | | | | | | | | |
| 36. --American International Group (Bond) | | | | | Buy | 4/12/11 | K | | |
| 37. --Vanguard Wellington Fund | | | | | | | | | |
| 38. --Vanguard Wellington Fund | | | | | Buy (add'l) | 01/26/11 | K | | |
| 39. --Verizon Communications Inc. (Common Stock) | | | | | | | | | |
| 40. --Verizon Communications Inc. (Common Stock) | | | | | Buy (add'l) | 4/12/11 | K | | |
| 41. --Ally Bank (CD) | | | | | Matured | 1/14/11 | L | A | |
| 42. --Ally Bank (CD) | | | | | Buy | 4/12/11 | K | | |
| 43. --Ally Bank (CD) | | | | | Buy | 4/12/11 | K | | |
| 44. --Ally Bank (CD) | | | | | Buy | 4/12/11 | K | | |
| 45. --Frontier Communications (Common Stock) | | | | | Sold | 3/8/11 | J | A | |
| 46. --Merrill Lynch (Bond) | | | | | | | | | |
| 47. --Bank of America (Bond) | | | | | | | | | |
| 48. --Bank of America (Bond) | | | | | Buy | 4/12/11 | K | | |
| 49. --Morgan Stanley (Bond) | | | | | | | | | |
| 50. --Morgan Stanley (Bond) | | | | | Buy | 4/13/11 | K | | |
| 51. --Franklin Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Franklin Income Fund | | | | | Buy (add'l) | 1/26/11 | K | | |
| 53. --IShares Preferred Stock Index Fund | | | | | Buy | 1/26/11 | K | | |
| 54. --AT&T Inc. (Common Stock) | | | | | | | | | |
| 55. --Beal Bank of Texas (CD) | | | | | Buy | 1/26/11 | L | | |
| 56. --JP Morgan Chase (Bond) | | | | | Buy | 1/26/11 | K | | |
| 57. --JP Morgan Chase (Bond) | | | | | Buy (add'l) | 4/12/11 | K | | |
| 58. --Wells Fargo & Co. (Bond) | | | | | Buy | 1/26/11 | K | | |
| 59. --Wells Fargo & Co. (Bond) | | | | | Buy (add'l) | 4/12/11 | K | | |
| 60. --GE Capital Financial Inc. (CD) | | | | | Buy | 4/12/11 | L | | |
| 61. --Citbank (CD) | | | | | Buy | 4/12/11 | K | | |
| 62. --BMW Bank North America (CD) | | | | | Buy | 4/12/11 | K | | |
| 63. --HSBC Finance Corporation (Bond) | | | | | Buy | 4/13/11 | K | | |
| 64. --American Express Centurian Bank (CD) | | | | | Buy | 12/1/11 | L | | |
| 65. --Federated Prime Mgmt. Obligations Fund | | | | | Open | 6/10/11 | J | | |
| 66. --Fidelity Money Market Account | | | | | Closed | 6/10/11 | J | A | |
| 67. --Fidelity Money Market Account | | | | | Distributed (part) | 1/4/11 | L | | |
| 68. --Fidelity Money Market Account | | | | | Distributed (part) | 1/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #3 | C | Interest | N | T | | | | | |
| 70. --PNC Bank (CD) | | | | | | | | | |
| 71. --PNC Bank (CD) | | | | | | | | | |
| 72. --PNC Bank (CD) | | | | | Buy | 7/22/11 | K | | |
| 73. Flexible Annuity Plan | D | Int./Div. | M | T | | | | | |
| 74. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 75. --Mutual of America Moderate Allocation Fund | | | | | Buy | 1/24/11 | J | | |
| 76. --Mutual of America 2020 Retirement Fund | | | | | Buy | 1/24/11 | J | | |
| 77. --Mutual of America General Account | | | | | Distributed (part) | 1/24/11 | K | | |
| 78. Tax Deferred Annuity | E | Int./Div. | N | T | | | | | |
| 79. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 80. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 81. PNC Bank Money Market Account | A | Interest | J | T | | | | | |
| 82. Citizens Bank Checking Account | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The numbering of the IRAs has been changed on this reporting form to reduce the number of IRAs and make the numbers sequential. First, IRA #1 on this form was IRA #2 on the 2010 reporting form. IRA #2 was IRA #3 on the 2010 reporting form. IRA #3 was IRA numbers #5 and #6 on the 2010 reporting form. In addition, IRAs #5 and #6 on the 2010 reporting form have been consolidated under IRA #3 (lines 69 to 72) on this reporting form because the three CDs listed are assets in only one IRA. Because each CD has a different number, I listed them last year under different IRAs. However, IRA #3 represents only one IRA with its own number and the three CDs are included within this one IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/4/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel H. Slomsky**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544